UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTLAND TOLBERT<br>    a/k/a ANTHONY TOLBERT<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES PAROLE<br>    COMMISSION, *et al.*,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1472 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Geoffrey Carter will serve as counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Section

/s/
GEOFFREY CARTER (D.C. Bar No. 460-971)
Assistant United States Attorney
Special Proceedings Section
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-1845

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December, 2005, a copy of the foregoing pleading was served via U.S. mail on Petitioner Scotland Tolbert, *pro se*, postage prepaid, at the following address:

Scotland Tolbert
Washington, DC

/s/ Geoffrey Carter
ASSISTANT UNITED STATES ATTORNEY