# Exhibit A

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America  
~~District of Columbia~~

vs.

S__COTLAND TOLBERT__

Case No. __F1271-86 EF__

PDID No. __312-253__

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☐ Guilty to the Charge(s) of __(E) UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE CONT. SUB. (F) ATTEMPT UNAUTHORIZE USE OF VEHICLES__

and having been found guilty by ☐ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to __COUNT "E" 20 MONTHS TO 5 YEARS, COUNT "F" 90 DAYS TO RUN CONCURRENT WITH EACH OTHER & CONSECUTIVE TO ANY OTHER__

☒ ORDERED that the defendant is committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Obtain a job as soon as possible or continue your present employment.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

☐ _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have, ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to the appropriate authorized official(s) and that the copy shall serve as the commitment order.