# Exhibit D

**U.S. DEPARTMENT OF JUSTICE**     **SUPERVISION REPORT**
United States Parole Commission     D.C. Code Adult Offenders

Name: Anthony Tolbert    Reg. No: 19907-0078    DCDC No: 312-233 PPID #

Date of Last Release: 4-8-96    Date Sentence Expires: 11-14-16

If Special Parole Term (U.S. Code) to Follow Indicate:   Yes   (No)

Original Offense: PWID Heroin

Period Covered by Report From: 4-8-96    To: 9-16-03

**Arrests Since Date of Last Release:** (Give date of arrest, offense and date arrest was reported to the U.S. Parole Commission by letter and give dispositions where possible.) (Attach a separate sheet if additional space is needed.)

11-7-97 - Arrested & charged with simple Assault (Dom) and possession of marijuana. Reported to the Board of Parole on 11-12-97. The simple Assault was dismissed and the Parole Board maintained parole. After subj. served 2½ months in jail due to warrant issued by parole Board.

**Evaluation for Release From Active Supervision**

Total Months in Community Since Last Release*: 60     Months in Community Since Last Incident**: 60

**Guidelines Evaluation** (Review prior notices of action issued by the Commission which include in the base point score the information used to determine the guidelines for early release):

Salient Factor Score: _____

**Guidelines for Release from Active Supervision** (number of months of continuous, incident-free supervision required):

| SFS | Current Offense No Violence | Current Offense Involved Violence | Current Offense Involved High Level Violence | Current Offense Involved High Level Violence - Death Resulting |
|---|---|---|---|---|
| 10-8 | 24 months | 36 months | 48 months | No early release unless countervailing case-specific factors |

| SFS | Current Offense/Prior Record No Violence | Current Offense/Prior Record Involved Violence | Current Offense Involved High Level Violence | Current Offense Involved High Level Violence - Death Resulting |
|---|---|---|---|---|
| 7-0 | 36 months | 48 months | 60 months | No early release unless countervailing case-specific factors |

*Do not count any time in confinement on another sentence.
**For purposes of this report, "incident" includes pending criminal charges, any reported violations, and any arrest or law enforcement investigation that raises a reasonable doubt as to whether the parolee has been able to refrain from law violations while on parole.

On 4-8-99, subject was arrested and charged with possession of ~~cannabis~~ with intent to distr. cannibus and UUV. It was reported to the Board of parole on 4-13-99. The parole Board issued a warrant on 4-13-99. The parole Board maintained supervision on 3/13/00.

D

Tolbert, Anthony 00208-336

Evaluation of Case-Specific Factors: (Describe response to supervision covering living situation, nature and stability of current employment, drug or alcohol program attendance or problems, whether fine payment schedule met (if applicable), or other factors of strong or weak adjustment. Note any problem areas).

Mr. Tolbert has held a his current residence since 1996. He has lived there with his wife and children. He has maintained employment with the same job since 2/00 and has been employed since his release. Mr. Tolbert reports once a month as scheduled to this officer plus reports for the urine test 146. All tests are negative. Subj. has not been arrested since 4/99.

Parole Officer's Recommendation for Release From Active Supervision: (Include reasons describing case-specific factors if departure from guidelines.)

Maintain active supervision          Release from active supervision  ✓

Reasons: Due to subject's compliance it is recommended that he be removed from active supervision.

Parole Officer: **Necol Brown**
                Name                              Signature and Date  9-16-03

Address and Phone Number: 1418 Good Hope Rd, SE
                         Washington, DC 20020

---

U.S. Parole Commission Staff Comments and Recommendations:

Maintain active supervision          Release from active supervision

Reasons: GL = 36 months (no violence / SFS = 3).
Difficulty Free = 42 months (marijuana positive 2/3/00).
PO recommends release from active supervision due to the subject's compliance. However, it appears a conspiracy case (C.C. # 99356947) may still be pending according to file information.

Case Analyst:
                Name                              Date
I disagree and recommend continued active supervision pending disposition of CC# 9956947 by PO. [signature] 9/29/03

U.S. Parole Commission's Decision:

Commissioner No. 1:

(Ⓜaintain active supervision)    Release from active supervision

Comments:

_____ John R. Simpson _____    10/15/2003
         Signature                    Date

Commissioner No. 2:

(Maintain active supervision)    Release from active supervision

Comments:

_____ Cranston J. Mitchell _____    10-16-03
           Signature                      Date

Instructions for Parole Officers:

This report shall be completed after one year of active supervision and annually thereafter for every parolee and mandatory releasee. The original should be mailed to the U.S. Parole Commission. Retain one copy for the supervision file.