# Exhibit E

Case 1:05-cv-01472-EGS    Document 7-6    Filed 12/16/2005    Page 1 of 4



# Court Services and Offender Supervision Agency
## for the District of Columbia

*Community Supervision Services*
*General Supervision/Branch II-B*

## Alleged Violation(s) Report

November 19, 2004

| | | | |
|---|---|---|---|
| **TO:** | The United States Parole Commission<br>Scott Kubic<br>5550 Friendship Boulevard<br>Chevy Chase, MD 20815-7286 | | |
| **FROM:** | Jonathan Martin<br>Community Supervision Officer | **Unit:** | General Supervision Unit III<br>- Team 32 |
| | | **Telephone:** | (202) 585-7659 |
| **Please send all inquiries to:** | 3850 South Capitol St., SE (2nd Floor)<br>Washington, DC 20032-1418 | **Fax:** | 202-585-7661 |
| | | **Email:** | jonathan.martin@csosa.gov |
| **SUBJECT:** | Non-Compliance with Parole | | |
| **DOCKET:** | | | |

| | |
|---|---|
| **Offender:** | Mr. Anthony S Tolbert |
| **FEDREG #:** | na |
| **FBI #:** | 290260EA5 |
| **DCDC #:** | 208-336 |
| **PDID #:** | 312-233 |

**Action Recommended:** Warrant

### SENTENCING INFORMATION

Mr. Anthony Tolbert is a 39 year-old African American male who was sentenced on 2/21/1991 for the offenses of Unlawful PWID; PWID Heroin. He was sentenced to 20 months to 5 years in prison and 7 to 21 years in prison to run concurrent. Mr. Tolbert was paroled on 7/29/1996 with a full-term date of 11/14/2016. He has a special condition of narcotics surveillance.

### ALLEGED VIOLATION(S)

Since supervision, Mr. Tolbert is alleged to have committed the following violation(s):

11/16/2004 Failed To Obey All Laws

ε

Court Services and Offender Supervision Agency

**Offender: Anthony Tolbert**
**PDID: 312-233**

**Offender did not obey all laws.**

Mr. Tolbert failed to obey all laws on 11-16-04 in Washington D.C. when he was arested for UCSA Distribution of Heroin, UCSA Distribution of Crack Cocaine, PWID Heroin, and PWID Crack Cocaine. The attached MPD 163 evidences this allegation. The only charge that was papered was the UCSA Distribution of Heroin (case# F-07099-04) which will have a preliminary hearing on 11-22-04.



Mr. Tolbert's overall adjustment was satisfactory prior to his re-arrest. His special condition is being addressed through his scheduled monthly urinalysis, the results of which have been negative. Also, Mr. Tolbert makes himself available for supervision contacts as they are scheduled. Mr. Tolbert was placed on minimum supervision on 11-13-02.

Mr. Tolbert, lives at 1540 Butler St 103 SE, Washington, DC 20020 and can be reached by phone at (202) 889-2374. Mr. Tolbert has been at this place of residence for 7 year(s) and 9 month(s). Mr. Tolbert currently lives with his wife Aretha Tolbert. The last home visit was conducted on 10/6/2004, at which time this officer was not advised of any problems with his living arrangements or home adjustment.

Offender is currently unemployed. He had recently reported working with Winston's Chimney on 8-16-04, but indicated that he was no longer an employee there on 10-4-04 during an office visit. He did not specify a reason for removing himself from his job. This officer had instructed him to report to VOTEE on 10-28-04, as I was having a community program there on that date to assist all offender's on my caseload with employment and educational issue's. He stated that he could not find the address that day, so he was unable to receive services. This officer had not re-submitted his referral with VOTEE for him to receive their services.

Mr. Tolbert has not submitted any positive drug results for any mood altering chemicals since being under this officer's supervision, beginning 9-24-04. His last positive result for any mood altering chemical was on 7-11-02 (PCP). Since that positive result, he has tested negatively through each phase of the testing matrix and was currently testing on a once monthly basis. His last supervision contact was on 11-4-04. (office visit)

Court Services and Offender Supervision Agency
Offender: Anthony Tolbert
PDID: 312-233

**RECOMMENDATION**

This Community Supervision Officer concludes that Mr. Tolbert poses a high risk. Although his supervision was compliant until his re-arrest, Mr. Tolbert is being accused of some serious drug crimes, which have similarity to the charges he was convicted for and placed on parole; therefore, this Community Supervision Officer is respectfully requesting a Warrant.

**Respectfully Submitted**

_____    11/19/2004
*Jonathan Martin*                 DATE
*Community Supervision Officer*
*Telephone Number: (202) 585-7659*

_____    11/19/2004
*Lorenzo L. Harris*               DATE
*Supervisory Community Supervision Officer*
*Telephone Number: (202) 585-7662*

cc: File