# Exhibit F



**Court Services and Offender Supervision Agency**
**for the District of Columbia**

*Community Supervision Services*
*General Supervision/Branch II-B*

## Alleged Violation(s) Report

January 13, 2005

| | |
|---|---|
| TO: | The United States Parole Commission<br>Shelton Rhonda<br>5550 Friendship Boulevard<br>Chevy Chase, MD  20815-7286 |

| | | | |
|---|---|---|---|
| FROM: | Jonathan Martin<br>Community Supervision Officer | Unit: | General Supervision Unit III - Team 32 |
| | | Telephone: | (202) 585-7659 |
| Please send all inquiries to: | 3850 South Capitol St., SE (2nd Floor)<br>Washington, DC 20032-1418 | Fax: | 202-585-7661 |
| | | Email: | jonathan.martin@csosa.gov |
| SUBJECT: | Non-Compliance with Parole | | |
| DOCKET: | | | |

| | |
|---|---|
| Offender: | Mr. Anthony S Tolbert |
| FEDREG #: | 33261-007 |
| FBI #: | 290260EA5 |
| DCDC #: | 208-336 |
| PDID #: | 312-233 |

Action Recommended: Warrant

### SENTENCING INFORMATION:

Mr. Anthony Tolbert is a 39 year-old African American male who was sentenced on 2-21-1991 for the offenses of Unlawful Possession With the Intent to Distribute; Possession With the Intent to Heroin. He was sentenced to 20 months to 5 years in prison and 7 to 21 years in prison to run concurrent. Mr. Tolbert was paroled on 7-29-1996 with a full term date of 11-14-2016. He has a special condition of narcotics surveillance.

### ALLEGED VIOLATION(S)

Since supervision, the offender is alleged to have committed the following violation(s):

F

Court Services and Offender Supervision Agency

**Offender: Anthony Tolbert**
**PDID: 312233**

1/10/2005 Failed To Obey All Laws

**Offender did not obey all laws.**

Mr. Tolbert failed to obey all laws on 1-10-05 in Washington, D.C. when he was arrested for Operating After Suspension. The attached MPD 163 evidences this allegation. There is not a listed case number or continued court date for this charge in CIS.

**CASE SUMMARY**

The offender's overall adjustment is satisfactory, but he continues to incur re-arrests. He was placed on maximum supervision on 11/29/2004.

On 11-19-04, this officer submitted an Alleged Violation Report on this offender in reference to a previous re-arrest for UCSA Distribution of Heroin (F7099-04). This new case has a felony status hearing scheduled for 2-8-05. This officer was notified today that the offender has been re-arrested for Operating After Suspension. This charge was not given a new court date or case number. His adjustment has been satisfactory since his last re-arrest.

The offender continues to reside at 1540 Butler St. S.E. apt. 103 Washington, D.C. 20020 with his wife Aretha Tolbert. The residence was verified on 10-6-04, and confirmed during a supervision contact in the office on 1-10-05.

The offender reported having new employment since the submission of the last violation report. On 12-21-04, he stated that he is employed with Regional Council of Carpenter's located at 5701 Silver Hill Road, Forestville, MD. 20747. Although he reported this place of employment on 12-21-04 and 1-10-05, he has not presented any verification via pay stub or documentation. This officer telephoned the listed number on 12-21-04 and 1-12-05 and no answer was received either time. The voice mail greeting does suggest that the place is a legitimate business.

The offender continues to test negatively with the drug lab. He has submitted seven consecutive urinalysis results since his release from jail on 11-26-04.

Court Services and Offender Supervision Agency
Offender: Anthony Tolbert
PDID: 312233

**RECOMMENDATION**

This Community Supervision Officer concludes that the offender poses a high risk. He has acquired 2 re-arrest in a seven week span, one being very similar to the case he is currently receiving parole supervision for. Therefore, this Community Supervision Officer is respectfully requesting a Warrant.

**Respectfully Submitted**

_____     1/13/2005
Jonathan Martin                      DATE
Community Supervision Officer
Telephone Number: (202) 585-7659


_____     1/13/2005
Lorenzo L. Harris                    DATE
Supervisory Community Supervision Officer
Telephone Number: (202) 585-7662

cc: File