# Exhibit G-2




| U.S. DEPARTMENT OF JUSTICE | WARRANT APPLICATION |
|---|---|
| UNITED STATES PAROLE COMMISSION | D.C. Code Offender |

Name.............................. Tolbert, Anthony

Reg. No..........................  
DCDC No. ..................... 208-336  
FBI No ..........................  
Birth Date ..................... March 16, 1965  
Race .............................. Black  

Date............................................ March 16, 2005  
Termination of Supervision ..... February 28, 2014  
[If Conviction Offense Before April 11, 1987 And Offender Is On Mandatory Release, Termination Date Is 180 Days Prior To Full Term]  
Violation Date .......................... November 16, 2004  
Released ................................... July 29, 1996  

Sentence Length ............ 5 years; 90 days concurrent; 21 years consecutive  
Original Offense ............ Unlawful Possession with Intent to Distribute a Controlled Substance; Attempted Unauthorized Use of a Motor Vehicle; Possession with Intent to Distribute Heroin

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

## CHARGES:
**Charge No. 1 - Law Violation – A) UCSA Distribution of Heroin; B) UCSA Distribution of Crack Cocaine; C) Possession with Intent to Distribute Heroin; D) Possession with Intent to Distribute Crack Cocaine.** On 11-19-04, members of the Metropolitan Police Department observed the releasee conduct two separate drug transactions. After each sale, the releasee hid the remaining drugs in a secret location. The police recovered a brown bag containing 5 zips of heroin and 7 zips of crack cocaine. In addition $212.91 in U.S. Currency was recovered from the releasee. The releasee was arrested by the Metropolitan Police Department for the above-cited offense on 11-19-04. This charge is based on the information contained in the violation report dated 11-19-04 from supervising officer Johnathan Martin and

---

Tolbert, Anthony  
Reg. No. DCDC No. 208-336

G-2

a police report dated 11-16-04. Status of Custody/Criminal Proceedings: The subject was released on personal recognizance on 11-22-04. Charges are pending.
I ADMIT [ ] or DENY [ ] this charge.

**Charge No. 2 - Law Violation – Operating After Suspension.** On 1-10-05, a member of the Metropolitan Police Department initiated a traffic stop because the releasee ran a red light. A WALES check indicated that the releasee's license was suspended. The releasee was arrested by the Metropolitan Police Department for the above-cited offense on 1-1-05. This charge is based on the information contained in the violation report dated 1-13-04 from supervising officer Jonathan Martin and a police report dated 1-10-05. Status of Custody/Criminal Proceedings:
I ADMIT [ ] or DENY [ ] this charge.

**Probable Cause Hearing Is Required**　　　　　Warrant Recommended By:

　　　　　　　　　　　　　　　　　　　　　　　*Rhonda A. Shelton*
Warrant Issued.................. March 16, 2005　　Rhonda A. Shelton, Case Analyst
　　　　　　　　　　　　　　　　　　　　　　　U.S. Parole Commission

Community Supervision Office Requesting Warrant: General Supervision Unit XI-Team 19, 3850 South Capitol

Tolbert, Anthony
Reg. No. DCDC No. 208-336