# Exhibit H

## D.C. PROBABLE CAUSE HEARING DIGEST

Name............................: Tolbert, Anthony          Date Warrant Executed.: **4-28-05**

Reg. No. ......................:                            Hearing Date........: **5-3-05**

Type of Release ............:Parole                         Examiner.............: **BxBaker**

Full Term Date When Warrant Issued..: February 28, 2014    Supervision Officer: Johnathan Martin

**Attorney at Probable Cause Hearing:**

[X] PDS    [ ] Other    [ ] None

Name _Shulimanie McCray-Gray_

Address _633 Indiana Ave. N.W._
_WDC 20004_

Phone_____

**Attorney Representing Subject at Revocation Hearing:**

[X] PDS    [ ] Other    [ ] Unknown

Name_____

Address_____
_____

Phone_____

**I. Items Advised** *(Check that the subject has been advised of the following two rights):*

[X] Advised of Right to a Probable Cause Hearing   [X] Advised of Right to Attorney

**II. Reason For Not Conducting Probable Cause Hearing**
*(If Probable Cause Hearing not conducted, indicate the reason):*

[ ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

  [ ] At Request of Attorney/Prisoner    [ ] Prisoner Unavailable

  [ ] Other Reason:_____

[ ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

Tolbert, Anthony
Reg. No. DCDC No. 208-336                                    H

## III. Review of Charges:

Charge No. 1 - Law Violation – A) UCSA Distribution of Heroin; B) UCSA Distribution of Crack Cocaine; C) Possession with Intent to Distribute Heroin; D) Possession with Intent to Distribute Crack Cocaine.

[ ] ADMITS          [X] DENIES

The Subject's Response:

*All charges dismissed 1/22/05 in D.C. Superior Court.*

[X] **Probable Cause Found.** After considering the violation report dated 11-19-04, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

[ ] No Probable Cause Found

Charge No. 2 - Law Violation – Operating After Suspension.

[ ] ADMITS          [X] DENIES

The Subject's Response:

*License was not suspended – dismissed 1/22/05 in D.C. Superior Court.*

[ ] **Probable Cause Found.** After considering the violation report dated 1-13-04, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and

---

Tolbert, Anthony
Reg. No. DCDC No. 208-336

credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

_____
_____
_____
_____
_____

[X] **No Probable Cause Found**

## IV. Additional Charges:

_____
_____
_____
_____

## V. Outcome of Probable Cause Hearing:

[X] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[ ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and

    [ ] **Reinstate** to Supervision or [ ] **Close Case** *(If expiration date has passed)*

[ ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and

    [ ] **Summon** to revocation hearing or [ ] **Terminate** revocation proceedings

Reason for Release/Summons:_____

_____

## VI. Principal Adverse Witnesses Identified by the Commission:

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Tolbert, Anthony
Reg. No. DCDC No. 208-336

Supervision Officer
Name: Johnathan Martin
Status: ____Approved        _X_Not Approved        ____Pending Further Review

Police Officer
Name: Vincent Witkowski, Metropolitan Police Department, Badge # 499
Status: _X_Approved        ____Not Approved        ____Pending Further Review

---

**VII. Adverse Witnesses Requested by Subject:**

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing    [ ] Approved at PC Hearing    [ ] Pending Further Review

Reason for Denial:_____

_____

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing    [ ] Approved at PC Hearing    [ ] Pending Further Review

Reason for Denial:_____

_____

Name:_____

Address:_____

Phone No._____

Status: [ ] Denied at PC Hearing    [ ] Approved at PC Hearing    [ ] Pending Further Review

Reason for Denial:_____

_____

**VIII. Adverse Witnesses Identified by Examiner But Not Requested by Subject:**

_____

Tolbert, Anthony
Reg. No. DCDC No. 208-336

IX.  **Revocation Hearing:**

[✓] Local Revocation **or**      [ ] Combined Probable Cause/Local Revocation on:

Location: [✓] CTF   [ ] DC Jail   Date: 7/11/05   Time: [ ] am   [✓] pm

[ ] Other at _____

~~[ ] Recommend institutional revocation hearing upon transfer to a federal institution.~~

Note: A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov

May Qualify for an Expedited Offer:   [X] No   [ ] Yes   (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.          [ ] No   [ ] Yes

_____          5-3-05
         *Attorney/Prisoner*                              *Date*

*Additional Text:*

S began supervision 7/29/96 and has been compliant w/ exception of current charges which have been dismissed. Counsel notes S has maintained stable residence and employment. Counsel recommends release on summons. RAV supports S was compliant until arrest and was placed on minimal supervision. Counsel notes S is not a high risk and summons would be appropriate.

Phyllis R. Baker          Release Denied          5/3/05
      *Examiner*              per. H.E.             *Date*

**Disclosure Documents:** Warrant dated 3-16-05, Warrant Application dated 3-16-05, Supplemental Warrant Application dated (only if applicable), Violation Report dated 11-19-04 and 1-13-05 with attachments, Parole Certificate dated 4-8-1998, Pre-Sentence Report

I acknowledge having received the above disclosure documents and a copy of this document.

_____          5-3-05
         *Attorney/Prisoner*                              *Date*

**Tolbert, Anthony**
Reg. No. DCDC No. 208-336