# Exhibit I



**U.S. Department of Justice**
United States Parole Commission

Chevy Chase, MD 20815

### Continuance of Hearing

Name _Anthony Tolbert_

Register Number _00208+336_  Institution _CTF_

I hereby request continuance of my parole or revocation hearing from _7/11/05_
to _next available docket_  for the following reasons:

Previous attorney had to attend funeral. Case just assigned to me, however I have not received full case file

Note: One continuance may be granted by the examiner panel for good cause. A second continuance may be granted by the examiner panel only for compelling reasons. Requests for more than two continuances must be in writing to the Regional Commissioner at least ten days prior to the scheduled hearing docket.

_7/11/05_
(Date)

_Vida R.f_
(Signature)

_Vida B. Johnson_
(Name of Attorney, if any)

(Witness signature)

Continuance to _Next available Docket_ is hereby granted.

_Donna A. McLean_
(Commissioner or Examiner)

_7/11/05_
(Date)

(Commissioner or Examiner)

1    PAROLE FORM I-21
OCT. 85