# Exhibit J

# HEARING SUMMARY

**Name: Tolbert, Anthony**  Reg No: 22916-016

## Hearing Parameters

Hearing Type...........................: **Revocation (Local)**

Hearing Date............................: 9/19/05

Examiner..................................: Jeffrey S. Kostbar

Institution................................: D.C. Central Treatment Facility

Second Designation ...............:

## Sentence Parameters

Sentence Type.........................: **DC Parole Eligible**

MR/Statutory Release Date.....: 2/17/17

Full Term Date........................: 11/28/22

Months in Custody..................: as of

Detainer...................................: None

## Warrant Parameters

Supervision .............................: **Parole**

Revoking District & Office.......: DC

Warrant Execution Date...........: 4/28/05

Probable Cause Date................: 5/5/05

**Additional text regarding the above parameters:** The criminal case against the subject was dismissed. He has now been in custody nearly a full 5 months awaiting this hearing. The subject was on parole supervision for 9 years without suffering a prior parole revocation.

---

**Prior Action:** The subject was in service of a 5-year sentence in 1986 for Possession With Intent to Distribute Cocaine and Attempted Unlawful Use of a Vehicle when he committed a new 19990 offense of Possession With Intent to Distribute Heroin. The subject was sentenced to a consecutive 7-21 year term.

The subject was paroled July 29, 1996. He had a difficult supervision history but managed to stay on supervision without revocation for 9 years.

The current revocation charge stems from a November 19, 2004 arrest for Distribution and Possession With Intent to Distribute Heroin and Crack Cocaine. The subject denied the charge. A Local Revocation Hearing was scheduled in July 2005 but had to be rescheduled as the attorney could not make the hearing.

The charge was dismissed in local court.

**Counsel:** Vida Johnson.

**Witnesses:** Police Officer, Vincent Witkowski, Badge No. 499, was subpoenaed for today's hearing.

**Procedural Considerations:** The hearing was held at approximately 12:20 p.m. and the officer had not appeared as of that point in time. Counsel did lodge objections for the officer's non-appearance and requested that the charge be dismissed and the subject be returned to supervision. This Examiner has no information upon which to make a good cause finding for the officer's non-appearance and this Examiner will be recommending that no finding be made on the charge and that the subject be returned to supervision as a result of the officer's non-appearance.

**Charges:**

**Charge No. 1 – (A) Distribution of Heroin; (B) Distribution of Crack Cocaine; (C) Possession With Intent to Distribute Heroin; (D) Possession With Intent to Distribute Crack Cocaine**
    **Evidence Presented:** Subject denied the charge. Counsel objected to proceeding with this charge and requested that the charge be dismissed with a no finding, as the subject's constitutional right to cross-examination of an adverse witness has not been maintained. This Examiner would note that the police officer was subpoenaed in this case but has failed to appear and there is no information available to this Examiner as to why the officer did not appear. Consequently, this Examiner cannot make a good cause finding for the non-appearance and I, therefore, am recommending to the Commission a no finding on this charge and a reinstatement to supervision.
    **Findings of Fact:** This Examiner makes no finding concerning the above charge.
    **Basis:** There is insufficient evidence to make a finding on the charge.

**Discipline:** None

**Release Plans:** Subject will return to supervision in DC.

<u>**Guideline Parameters**</u>

**Evaluation:** This Examiner is recommending a no finding on this charge. The police officer failed to appear for the hearing and this Examiner cannot make a good cause finding for his non-appearance. Consequently, the subject has objected to proceeding with the hearing on this charge and has requested the charge be dismissed. This Examiner concurs and I am recommending a no finding on the charge and reinstatement to supervision.

This Examiner would note that the subject has managed to stay on supervision for 9 years, in spite of some difficulties during those 9 years.

**Recommendation:** No finding of violation. Reinstate to Supervision.

**Conditions:** No

**Statutory Interim Hearing:** No

**Guideline Use:** No

**Additional Text:** None

[Signature]

**Executive Reviewer's Comments:**

JSK/SDS
September 20, 2005