# Exhibit K

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

Name: TOLBERT, Anthony
Register Number: 22916-016
DCDC No: 208-336

Institution: D.C. CTF

Date: October 3, 2005

As a result of the hearing conducted on September 19, 2005, the following action was ordered:

### DC Local Revocation:

The result of your hearing on September 19, 2005 is that there is no finding of violation. Release form the custody of the warrant dated March 10, 2005 and reinstate to supervision. You shall report to your Supervision Officer within 72 hours of your release from custody.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:    D.C. Federal Billing Unit
       D.C. Department of Corrections
       Washington, D.C. 20001

       U.S. Marshals Service
       District of Columbia - District Court
       333 Constitution Ave, N.W., Room 1400
       Washington, D.C. 20001
       Warrants - Attn: Sean McLeod

       V. Johnson
       Public Defender Service
       District of Columbia
       Special Proceedings Division
       633 Indiana Avenue, N.W.
       Washington, D.C. 20004

       U.S. Probation Office
       General Supervision Unit XI-Team 19
       CSOSA
       3850 South Capitol Street, S.E.
       First Floor
       Washington, D.C. 20032

       CSS Data Management Group
       D.C. Court Services & Offender Supervision Agency
       300 Indiana Avenue, N.W., Suite 2070

Tolbert 22916-016                          -1-                          Clerk:    ADC
Queued: 10-03-2005 07:52:15 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-General
Supervision Unit XI-Team 19, 3850 South Capitol | USM-District of Columbia - District Court, D.C. District Court | FPD-
District of Columbia, District of Columbia - DC |

Washington, D.C. 20001



---

Queued: 10-03-2005 07:52:15 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-General
Supervision Unit XI-Team 19, 3850 South Capitol | USM-District of Columbia - District Court, D.C. District Court | FPD-
District of Columbia, District of Columbia - DC |