UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTLAND TOLBERT, | ) |
|       Petitioner, | ) |
| v. | ) Civil Action No. 05-1472 (EGS) |
| FRED FIGUEROA, *et.al.*, | ) |
|       Respondents. | ) |

DISTRICT OF COLUMBIA'S[1] RESPONSE TO ORDER TO SHOW CAUSE

Petitioner Scotland Tolbert filed a pro se petition for writ of habeas corpus, challenging his detention at the Central Treatment Facility. As directed by this Court, the District of Columbia, through counsel, respectfully files this response to the Court's Order to show cause why the writ of habeas corpus should not issue.

1. At the time he filed his petition, petitioner was held at the Central Treatment Facility based on a parole violator warrant issued by the U.S. Parole Commission. Petitioner sought a parole revocation hearing "at the soonest date" possible. (Pet. 2). As explained in the response filed by the United States Parole Commission, petitioner has subsequently received a parole revocation hearing and been released from custody. (Opp. 3-4).

2. The District of Columbia cannot respond to the merits of the petition because it has no authority over parole matters. Under the National Capital Revitalization and Self-Government Improvement Act of 1997, Pub. L. 105-33, D.C. Code § 24-101 -131 (2001), the

---

[1] While the petition names as respondent Fred Figueroa, who is the Warden of the Central Treatment Facility, the Court directed service of its show cause order upon the Warden of the D.C. Jail (Central Detention Facility) and the Attorney General for the District of Columbia. Accordingly, the District of Columbia files this response.

U.S. Congress transferred responsibility for the imprisonment of D.C. felons from the District of Columbia to the Federal Bureau of Prisons, and also transferred the parole authority for such felons from the D.C. Board of Parole to the U.S. Parole Commission. <u>Crawford v. Jackson</u>, 323 F.3d 123, 125-126 (D.C. Cir. 2003). In accordance with that Act, the D.C. Board of Parole has been disbanded, and the U.S. Parole Commission has assumed all its parole functions. Thus, the District of Columbia has no ability or authority to respond to the merits of the habeas corpus petition, but will abide by any decision of the Court.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Holly M. Johnson /s/
    HOLLY M. JOHNSON [476331]
    Chief, General Litigation Section III

    /s/ Carl J. Schifferle /s/
    CARL J. SCHIFFERLE [463491]
    Assistant Attorney General
    Suite 600S
    441 Fourth Street, N.W.
    Washington, D.C. 20001
    (202) 724-6624
    (202) 727-3625 (fax)
    Email:  carl.schifferle@dc.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing response was mailed on this  21st   day of December, 2005, by first-class mail, postage prepaid, to:

Scotland Tolbert
DCDC #208-336
1901 E Street, S.E.
Washington, DC 20003

                /s/ Carl J. Schifferle /s/
                CARL J. SCHIFFERLE
                Assistant Attorney General