UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTLAND TOLBERT, aka Anthony Tolbert,<br><br>    Petitioner,<br><br>    v.<br><br>FRED FIGUEROA, Warden, et al.,<br><br>    Respondents. | Civil Action No.  05-1472 (EGS) |

## ORDER

In accordance with the Memorandum Opinion issued this 23rd day of December, 2005, it is

**ORDERED** that the petition for writ of habeas corpus is **DENIED**.  It is

**FURTHER ORDERED** that the case is **DISMISSED**.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

_____/s/_____
EMMET G. SULLIVAN
United States District Judge